Gonzalo Vargas - Torres
Booking No. 201000 2594
Columbia County Jail
901 Port Ave
ST Helens, OR 97051

FILED 29 MAR '13 10:38 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:10-cr-00318-MO-03 |
| ) No. ~~3:11-cr-00318-03-MO~~ | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) DECLARATION IN | |
| Gonzalo Vargas - Torres, ) SUPPORT OF MOTION | |
| ) TO WITHDRAW PLEA- | |
| Defendant. ) AGEEMENT | |

COMES NOW, Gonzalo Vargas - Torres, pro se with this declaration in support of the motion to withdraw plea agreement and re-appointment of effective assistant of counsel.

I swear under the penalty of perjury that the following statements are true and correct under the laws of the United States of America.

My defense counsel Lisa J. Ludwig promised, coerced, me through threats

Declaration of Truth                    Page 1 of 2

that by signing the current plea agreement that the government and defense had agreed on a 10 year sentence, that is what I thought the agreement was to run concurrent with my other prior sentence of 10 years.
That I would receive a total of 120 months to serve, as I explained to both my attorney and the U.S. Attorney that I am not guilty of possession of a firearm pursuant to U.S.C. § 924 (c) and (o), or to Distribute Methamphetamine in a quanity of more than 50 grams, pursuant to USC § 841 (a)(1), (b)(1)(A).
I was lead to believe that I would be pleading guilty to Conspiracy to Manufacture Marihuana in a quanity of 1000 plants, USC § 846.

My attorney was ineffective and violated my Sixth Amendment U.S. Constitutional rights and Due Process of law through force, threats, and misleading me to sign a illegally obtained plea agreement in violation of the Fed. R. Crim. P. 11. Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 915, 99 L.Ed. 2d 674 (1984); Johnson v. Zerbst, 82 L.Ed 1461

DECLARATION OF TRUTH                Page 2 of 2